NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2010-3002

MARK D. EISELE

Petitioner,

v.

UNITED STATES POSTAL SERVICE,

Respondent.

Petition for review of the Merit Systems Protection Board in DC0752080626-C-2.

ON MOTION

## O R D E R

Mark D. Eisele moves without opposition for an extension of time, until March 31, 2010, to file his corrected brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

MAR 1 6 2010
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Mark D. Eisele.
Michael J. Elston, Esq.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 1 6 2010

JAN HORBALY
CLERK